IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERIC UNDRA ALLEN,             )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       3:12cv485-MHT
                              )           (WO)
EAST ALABAMA MEDICAL          )
CENTER, et al.,               )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. nos. 34, 35, & 40) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 32) is adopted.

(3) Plaintiff's motion for leave to amend (doc. no. 33) is denied.

(4) All other pending motions are denied.

(5) This lawsuit is dismissed in its entirety without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of November, 2012.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE